IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSLYVANIA

DANA DOUGHERTY  :
          Plaintiff,  :
   v.  :  Civil Action
       :  No. 2:13-cv-05135-NIQA
BAYER CORPORATION, et al  :
       :
          Defendants.  :

## PRACEIPE TO DISCONTINUE WITHOUT PREJUDICE

TO THE COURT:

    Kindly mark the above-captioned matter DISCONTINUED without prejudice.

    MCVAN & WEIDENBURNER

    BY:   BPM3633
        Brian P. McVan, Esquire (PA 28552)
        162 S. Easton Road
        Glenside, PA 19038
        Telephone: 215-884-6800
        Fax: 215-884-2779
        Email: brian@mcvanlaw.com
        *Attorney for Plaintiff*

Dated: October 15, 2013